UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. MCGARTY,<br><br>           Plaintiff,<br><br>vs.<br><br>FULTON, FRIEDMAN & GULLACE,<br>LLP, a New York limited<br>liability partnership; ASSET<br>ACCEPTANCE LLC, a Delaware<br>limited liability company;<br>and DOES 1-10, inclusive,<br>           Defendants. | Case No. CV 12-4313-PJW<br><br><br><br><br>JUDGMENT |

Pursuant to the order filed this day,

IT IS HEREBY ADJUDGED that the action is dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**


DATED: October 16, 2012

                                   /s/ Patrick J. Walsh
                                   _____
                                   HON. PATRICK J. WALSH
                                   UNITED STATES MAGISTRATE JUDGE