UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN A. MCGARTY, | ) | Case No. CV 12-4313-PJW |
| Plaintiff, | ) | |
| vs. | ) | |
| FULTON, FRIEDMAN & GULLACE, LLP, a New York limited liability partnership; ASSET ACCEPTANCE LLC, a Delaware limited liability company; and DOES 1-10, inclusive, Defendants. | ) | JUDGMENT |

Pursuant to the order filed this day,

IT IS HEREBY ADJUDGED that the action is dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**


DATED: October 16, 2012

*Patrick J. Walsh*

HON. PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE